```
 1 │ KELLY L. BORELLI (SBN 161499)
   │ LOTTE COLBERT (SBN 207157)
 2 │ RANDALL HAKES (SBN 233548)
   │ MURPHY AUSTIN ADAMS SCHOENFELD LLP
 3 │ 1000 G Street, Third Floor
   │ Sacramento, California  95814
 4 │ Telephone:  (916) 446-2300
   │ Facsimile:  (916) 503-4000
 5 │
   │ Attorneys for Defendants Ismael Lopez, individually and
 6 │ d/b/a/ Carniceria Familia Lopez Market #3
 7 │
 8 │
   │                    UNITED STATES DISTRICT COURT
 9 │
   │                    EASTERN DISTRICT OF CALIFORNIA
10 │
11 │
   │ SCOTT N. JOHNSON,                    )  Case No. CIV. S-04-2641 MCE DAD
12 │                                      )
   │         Plaintiff,                   )
13 │                                      )
   │     v.                               )  SUBSTITUTION OF ATTORNEYS;
14 │                                      )  ORDER
   │                                      )
15 │ ISMAEL LOPEZ, individually and d/b/a/ )
   │ CARNICERIA FAMILIA LOPEZ MARKET      )
16 │ #3; DONALD F. DeHAVEN, individually and )
   │ as TRUSTEE of the DONALD F. DeHAVEN  )
17 │ 1991 TRUST, U/D/T dated March 5, 1991; )
   │ and DOES 1 through 10, inclusive,    )
18 │                                      )
   │                                      )
19 │         Defendants.                  )
   │                                      )
20 │
21 │      Defendants Ismael Lopez, individually and d/b/a/ Carniceria Familia Lopez Market #3 hereby
22 │ substitute Murphy Austin Adams Schoenfeld LLP, 1000 G Street, Third Floor, Sacramento,
23 │ ///
24 │ ///
25 │ ///
26 │ ///
27 │ ///
28 │ ///
```

-1-                                                                      996.023/280727v1

California  95814; telephone number:  (916) 446-2300; facsimile number:  (916) 503-4000 as counsel in the above-referenced action in lieu and in place of Hector A. Cavazos.

DATED:  July 22, 2005     MURPHY AUSTIN ADAMS SCHOENFELD LLP

By: _____
KELLY L. BORELLI
LOTTE COLBERT

Attorneys for Defendants ISMAEL LOPEZ, individually and d/b/a CARNICERIA FAMILIA LOPEZ MARKET #3

I consent to this substitution.

Dated:__July 22, 2005

_____
Hector A. Cavazos

I consent to this substitution.

Dated:_____    Ismael Lopez (original signature retained by attorney Lotte Colbert)

_____
Ismael Lopez

**ORDER**

It is so ordered.

Dated:  August 1, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE