1  KELLY L. BORELLI, SBN 161499
   BRIAN S. CRONE, SBN 191731
2  MURPHY AUSTIN ADAMS SCHOENFELD LLP
   304 S Street (95814)
3  Post Office Box 1319
   Sacramento, California  95812-1319
4  Telephone:      (916) 446-2300
   Facsimile:      (916) 503-4000
5  Email:          kborelli@murphyaustin.com
   Email:          bcrone@murphyaustin.com
6
   Attorneys for Defendant
7  ISMAEL LOPEZ, individually and d/b/a
   CARNICERIA FAMILIA LOPEZ MARKET #3
8

9                  UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11  SCOTT JOHNSON,                        Case No.  CV 04-2641-MCE-DAD

12              Plaintiff,

13  v.                                    **STIPULATION OF DISMISSAL; ORDER [FRCP 41(a)(2)**

14  ISMAEL LOPEZ, et al.,

15              Defendants.

16

17          Plaintiff Scott Johnson (in *pro per*) and defendant Ismael Lopez, individually and d/b/a

18  Carniceria Familia Lopez Market #3 ("Lopez"), (hereinafter collectively, the "Settling Parties")

19  have reached a full and final settlement of all issues in this action between themselves.  A

20  Settlement Agreement between the Settling Parties has been fully executed.  Plaintiff agrees and

21  acknowledges that the settlement between the Settling Parties also fully resolves the matter

22  between plaintiff and defendant Donald F. DeHaven, individually and as Trustee of the Donald F.

23  DeHaven 1991 Trust, U/D/T dated March 5, 1991 ("DeHaven Trust").  Plaintiff agrees that he is

24  releasing all claims against defendant DeHaven Trust and that defendant DeHaven Trust shall

25  have no responsibility or obligation, by virtue of the Settlement Agreement or this Stipulation of

26  Dismissal, to perform any remedial work at the property that is the subject matter of this action.

27          Some parts of the Settlement Agreement are to be performed in the future.  The Settling

28  Parties shall comply with their Settlement Agreement.  The Settling Parties request that the Court

MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW

1  retain jurisdiction over this matter for a period of two and one-half years in order to enforce the

2  terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance*

3  *Co. of America*, 511 U.S. 375, 381-82 (1994).

4       Although plaintiff Scott Johnson agrees to dismiss this action with prejudice against all

5  defendants, both Settling Parties agree that the Court should retain jurisdiction over this matter

6  and the Settling Parties in order to be able to enforce the terms of the Settlement Agreement.

7  Accordingly,

8       IT IS HEREBY STIPULATED by and between the parties to this action, through their

9  designated counsel, that plaintiff's action be dismissed with prejudice as and against all

10  defendants pursuant to FRCP 41(a)(2) and that the Court retain jurisdiction over this matter with

11  respect to enforcement of the terms of the Settlement Agreement for a period of two and one-half

12  years from the date of the Court's order.

13  Dated: November __17__, 2005          MURPHY AUSTIN ADAMS SCHOENFELD LLP

14

15                                        By:/s/ Brian S. Crone
                                            KELLY L. BORELLI
16                                          BRIAN S. CRONE
                                            Attorneys for Defendant
17                                          ISMAEL LOPEZ, individually and d/b/a
                                            CARNICERIA FAMILIA LOPEZ MARKET #3

18

19  Dated: November __18__, 2005          /s/ Scott N. Johnson
                                            SCOTT N. JOHNSON
20                                          Pro Se Plaintiff

21

22  Dated: November __17__, 2005          /s/ Robert C. Lorbeer
                                            ROBERT C. LORBEER
23                                          Attorney for Defendant
                                            DONALD F. DeHAVEN, individually and as
24                                          Trustee of the DONALD F. DeHAVEN 1991
                                            TRUST, U/D/T dated March 5, 1991

25

26

27

28

MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW

1    Based on the foregoing stipulation, and for good cause appearing,

2    IT IS HEREBY ORDERED:

3    1.    That the above-entitled action is hereby dismissed with prejudice against all

4    defendants pursuant to FRCP 41(a)(2); and

5    2.    That the Court hereby retains jurisdiction over this matter with respect to

6    enforcement of the terms of the Settlement Agreement for a period of 2 ½ years from the date

7    hereof.

8

9    Dated: November 29, 2005

10
     _____

11   MORRISON C. ENGLAND, JR
     UNITED STATES DISTRICT JUDGE

MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW